**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF COLUMBIA**

Olha Noha

Plaintiff,

U.S National Scaurity
Department of State
U.S Agensy for International
Developments

Defendant

Civil Action No. 1:25-CV-03047-WWA

MOTION

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD

**Judges all defendant must follow LAW**

# 22 U.S. Code § 2305 - National Security Assistance Strategy

**(a) MULTIYEAR PLAN**

Not later than 180 days after October 6, 2000, and annually thereafter at the time of submission of the congressional presentation materials of the foreign operations appropriations budget request, the Secretary of State should submit to the appropriate committees of Congress a plan setting forth a National Security Assistance Strategy for the United States.

**(b) ELEMENTS OF THE STRATEGY** The National Security Assistance Strategy should—

**(1)**

set forth a multi-year plan for security assistance programs;

**(2)**

be consistent with the National Security Strategy of the United States;

**(3)**

be coordinated with the Secretary of Defense and the Chairman of the Joint Chiefs of Staff;

**RECEIVED**

SEP 15 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Total page 2

1

**(4)**

be prepared, in consultation with other agencies, as appropriate;

**(5)**

identify overarching security assistance objectives, including identification of the role that specific security assistance programs will play in achieving such objectives;

**(6)**

identify a primary security assistance objective, as well as specific secondary objectives, for individual countries;

**(7)**

identify, on a country-by-country basis, how specific resources will be allocated to accomplish both primary and secondary objectives;

**(8)**

discuss how specific types of assistance, such as foreign military financing and international military education and training, will be combined at the country level to achieve United States objectives; and

**(9)**

detail, with respect to each of the paragraphs (1) through (8), how specific types of assistance provided pursuant to the Arms Export Control Act [22 U.S.C. 2751 et seq.] and the Foreign Assistance Act of 1961 [22 U.S.C. 2151 et seq.] are coordinated with United States assistance programs managed by the Department of Defense and other agencies.

**(c) COVERED ASSISTANCE** The National Security Assistance Strategy should cover assistance provided under—

**(1)**

section 23 of the Arms Export Control Act (22 U.S.C. 2763);

**(2)**

chapter 5 of part II of the Foreign Assistance Act of 1961 (22 U.S.C. 2347 et seq.); and

**(3)**

section 516 of the Foreign Assistance Act of 1961 [22 U.S.C. 2321j].

(Pub. L. 106–280, title V, § 501, Oct. 6, 2000, 114 Stat. 854.)

DATED: 09/15/2025

_UKRAINE_ [YOUR ADDRESS]

_Olha Noha_ [YOUR NAME]

_[signature]_ [SIGNATURE]